IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jurgen Herman Josef Van Steemis,

  Petitioner(s),

vs.

United States of America,

  Respondent(s).

Case Number: 1:15cv382

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 1, 2015 (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 28, 2015, hereby ADOPTS said Report and Recommendation.

The Report and Recommendation by regular mail on September 1, 2015. The mail was returned undeliverable on September 16, 2015 and there was not a forwarding address.

Accordingly, it is ORDERED that this case is DISMISSED for lack of prosecution.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court